TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00556-CR

The State of Texas, Appellant

v.

Bryson Lee McClinton, Appellee

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT

NO. B-95-0334-S, HONORABLE DICK ALCALA, JUDGE PRESIDING

PER CURIAM

 Appellant, the State of Texas, appeals from an order of the trial court granting
appellee's motion to quash enhancement paragraphs. The State has filed a motion to withdraw
the appeal. No decision of this Court has been delivered. The motion is granted and the appeal
is dismissed. See Tex. R. App. P. 59(b).

Before Justices Powers, Jones and Kidd

Appeal Dismissed on Appellant's Motion

Filed: March 27, 1997

Do Not Publish